UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHAEL JONES**                                                          Case No.  8:08-cv-327-EAK-MSS

      **Plaintiff,**

v.

**UNUM LIFE INSURANCE COMPANY OF AMERICA**

      **Defendant.**

## UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff hereby moves that this action should be dismissed with prejudice, with each party to bear its own costs and attorney's fees, and as grounds therefor would state that all issues in this action have been resolved, the case has been settled, and the parties have agreed that this action should be dismissed with prejudice with each party to bear its own costs and attorneys fees.

**WHEREFORE**, Plaintiff requests that this Honorable Court dismiss the instant action with prejudice, with each party to bear its own costs and attorneys fees.

      **s/ William S. Coffman, Jr.**
      William S. Coffman Jr., Esq
      Fla Bar No. 0188158
      **THE LAW OFFICES OF WILLIAM S COFFMAN JR**
      Trial Counsel for Plaintiff
      8910 N. Dale Mabry Hwy, Ste 36
      Tampa, FL 3614
      (813) 935-07030
      erisa@benefitsdenied.com
      Trial Counsel for Plaintiff